IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-23891-Graham/Torres

BELLA SEREBRO,

     Plaintiff,

vs.

TRG COLUMBUS DEVELOPMENT VENTURE,
LTD.,

     Defendant.

_____/

## JOINT STIPULATION OF SETTLEMENT

     IT IS HEREBY stipulated and agreed by and between the undersigned counsel of record

that this cause, having been amicably settled between the parties, may now be dismissed with

prejudice.  The parties will bear their respective costs and attorneys' fees.

     Respectfully submitted this 16th day of December, 2010.

AKERMAN SENTERFITT
Attorneys for Defendant
Esperante Building, Fourth Floor
222 Lakeview Avenue
West Palm Beach, FL 33401
561/655-5000



C. CORY MAURO
Florida Bar No. 384739

MICHAEL AIZIN
Attorney for Plaintiff
26 Court Street
Suite 412
Brooklyn, NY 11242
718/797-9096



MICHAEL AIZIN
Florida Bar No. 59871

{WP722016;1}